NUMBER 13-02-381-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________________


LISA DE MONTAIGU, TRUSTEE OF THAT CERTAIN 

TRUST DATED DECEMBER 29, 1986, BY NOBLE 

GINTHER AND MINNIE GINTHER, AND ADVENT TRUST 

COMPANY, AS INDEPENDENT EXECUTOR OF THE ESTATE 

OF NOBLE C. GINTHER, DECEASED, Appellant,


v.



AKIN, GUMP, HAUER & FELD, L.L.P., NOW KNOWN 

AS AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P., 

AND DAVID W. NELSON, Appellees.

________________________________________________________________


On appeal from the 117th District Court


of Nueces County, Texas.


________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Hinojosa and Rodriguez


Opinion Per Curiam


 Appellant, LISA DE MONTAIGU, TRUSTEE OF THAT CERTAIN TRUST DATED
DECEMBER 29, 1986, BY NOBLE GINTHER AND MINNIE GINTHER, AND ADVENT
TRUST COMPANY, AS INDEPENDENT EXECUTOR OF THE ESTATE OF NOBLE C.
GINTHER, DECEASED, perfected an appeal from a judgment entered by the 117th
District Court of Nueces County, Texas, in cause number 94-0048-B. After the record
was filed, appellant filed an unopposed motion to dismiss the appeal. In the motion,
appellant states that appellant no longer wishes to prosecute this appeal. Appellant
further states that the parties have reached an agreement regarding costs. Appellant
requests that this Court dismiss the appeal and tax costs in accordance with the
parties' agreement.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED. It is ORDERED
that one-half of the appellees' trial court costs, $19,532.89, are adjudged against
appellant. It is further ORDERED that costs of the appeal are taxed against appellant.

 PER CURIAM


Opinion delivered and filed this

the 28th day of August, 2003.